```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 02643
   JOSEPH ROGER TERANDO
   JULIE M TERANDO                             CHAPTER 13

                                               JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-9606    SSN XXX-XX-0221


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/15/07 and confirmed on 05/23/07.

   2.  The case was dismissed after confirmation, 01/11/2008.

   3.  The Debtor paid a total of $   2700.00 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00          .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE       330.15          .00         330.15
TWIN OAKS SAVINGS BK      SECURED VEHIC          .00          .00            .00
AMERICASH LOANS           UNSECURED          349.64          .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         1031.42          .00            .00
CREDITORS DISCOUNT & AUD  UNSECURED          943.76          .00            .00
DAWN MIESNER MD           UNSECURED        NOT FILED         .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED          586.28          .00            .00
MORRIS MEDICAL SPECIALIS  UNSECURED        NOT FILED         .00            .00
FIRST PREMIER BANK        UNSECURED        NOT FILED         .00            .00
ILLINOIS VALLEY SURGICAL  UNSECURED        NOT FILED         .00            .00
NORTH SHORE AGENCY        UNSECURED        NOT FILED         .00            .00
CB ACCOUNTS INC           UNSECURED           92.36          .00            .00
PROFESSIONAL & MEDICAL C  UNSECURED        NOT FILED         .00            .00
TOUSSAINT OBSTETRICS      UNSECURED        NOT FILED         .00            .00
VITAL CARE                UNSECURED          260.00          .00            .00
          Summary of disbursements:
-----------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER        TOTAL

TOTAL CLMS ALLOWED   330.15          .00     3263.46          .00      3593.61
PRINCIPAL PAID       330.15          .00          .00         .00       330.15
INTEREST PAID           .00          .00          .00         .00          .00
TOTAL PAID           330.15          .00          .00         .00       330.15
The Debtor's attorney, JOHN A REED                , was allowed $    3000.00
and was paid $    726.00  direct and $   2274.00  through the plan.

The Trustee received $     95.85 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 07 B 02643 JOSEPH ROGER TERANDO & JULIE M TERANDO